THE STATE, THE ELECTRIC STORAGE BATTERY COMPANY, PROSECUTOR, PLAINTIFF IN ERROR, v. THE STATE BOARD OF ASSESSORS OF NEW JERSEY, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see 31 *Vroom* 66.

For the plaintiff in error, *George T. Werts.*

For the defendant in error, *Samuel H. Grey*, attorney-general.

PER CURIAM.

The judgment in this case is affirmed upon the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, COLLINS, DIXON, GARRETSON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH.    13.

*For reversal*—None.